IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH THOMPSON,        )<br>                                )<br>    Plaintiff,           )<br>                                )<br>    v.                      )<br>                                )<br>OFFICER ISLER, et al.,   )<br>                                )<br>    Defendants.          ) | CIVIL ACTION NO.<br>1:20cv112-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Houston County Jail, filed this lawsuit complaining that he was subjected to an excessive use of force and then denied medical care for the resulting injuries.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and this case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of May, 2020.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**