IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOSEPH THOMPSON,            )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )     1:20cv112-MHT
                            )         (WO)
OFFICER ISLER, et al.,      )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) The motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice for failure to pay the full filing fee upon initiating this case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of May, 2020.

                                    /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE